IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATTI JAMES, | )<br>) |
| Plaintiff, | )     3:12-CV-01815-JO |
| v. | )<br>)     JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of<br>Social Security, | )<br>)<br>) |
| Defendant. | ) |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this 21st day of November, 2013.

_____
ROBERT E. JONES
United States District Judge

1 - JUDGMENT