IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| PATTI JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | 3:12-CV-01815-JO |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is affirmed and this case is dismissed.

Dated this 21st day of November, 2013.

_____

ROBERT E. JONES

United States District Judge

1 - JUDGMENT